WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristy Dawn Chacon, | No. CV-14-01374-PHX-JJT (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Propose New Scheduling Order (Doc. 45) filed on March 14, 2016. The Court construes the motion as a request to extend the discovery deadlines. Plaintiff specifically requests an additional thirty days to submit her initial disclosure, an additional sixty days to disclose expert witnesses, and an additional sixty days to complete discovery. Plaintiff asserts that she "did not understand how to meet the requirements set forth by the Court" and "has been able to obtain more information and now understands which documents need to be submitted, and is able to perform those acts in a timely manner moving forward." (Doc. 45 at 1). Plaintiff indicates in the motion that the Defendants have no objection to a reasonable extension of time. (*Id.*). Defendants did not respond to Plaintiff's motion. *See* LRCiv 7.2(i) (failing to respond to a motion may be deemed consent to the granting of the motion).

**IT IS ORDERED** summarily granting the Plaintiff's Motion to Propose New Scheduling Order (Doc. 45).

1    **IT IS FURTHER ORDERED** extending the deadlines set forth in the Scheduling
2    Order (Doc. 30) as follows:
3    - deadline for submitting initial disclosures: July 2, 2016;
4    - deadline for disclosing Plaintiff's expert witnesses: August 2, 2016;
5    - deadline for disclosing Defendants' expert witnesses: August 16, 2016;
6    - deadline for completion of all discovery: August 31, 2016;
7    - deadline for filing dispositive motions: September 30, 2016.
8    **IT IS FURTHER ORDERED** that prior orders not specifically set forth above
9    are affirmed.
10   Dated this 3rd day of June, 2016.

_____
Honorable Eileen S. Willett
United States Magistrate Judge